RECEIVED

NOV 1 8 2020

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-CR-203 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| DARREON EARL WRIGHT, | ) | T. 18 U.S.C. § 2 |
| | ) | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| Defendant. | ) | T. 18 U.S.C. § 924(c)(1)(A)(ii) |
| | ) | T. 18 U.S.C. § 924(c)(1)(A)(iii) |
| | ) | T. 18 U.S.C. § 1951 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Conspiracy to Interfere with Commerce Through Robbery)**

From a date unknown, but prior to February 19, 2020, in the Southern District of Iowa, the defendant, DARREON EARL WRIGHT, did knowingly and intentionally conspire with other persons known and unknown to the Grand Jury, to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, through the commission of a robbery, as that term is defined in Title 18, United States Code, Section 1951, and to commit and threaten physical violence to another person in furtherance of a plan and purpose to commit such a robbery against A.S., who he believed to be a drug dealer.

This is a violation of Title 18, United States Code, Section 1951.

1

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Interference with Commerce Through Robbery)**

On or about February 19, 2020, in the Southern District of Iowa, the defendant, DARREON EARL WRIGHT, did knowingly and unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, through the commission of a robbery, as that term is defined in Title 18, United States Code, Section 1951, and to commit and threaten physical violence to another person in furtherance of a plan and purpose to commit such a robbery against A.S., who he believed to be a drug dealer, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 1951 and 2.

2

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Possessing, Brandishing, and Discharging a Firearm in Furtherance of a Crime of Violence)**

On or about February 19, 2020, in the Southern District of Iowa, the defendant, DARREON EARL WRIGHT, did knowingly possess and brandish a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, interfering with commerce by robbery, as alleged in Count 2 of this Indictment.  Said firearm was discharged.

This is a violation of Title 18 United States Code, Section 924(c)(1)(A)(i), 924(c)(1)(A)(ii), and  924(c)(1)(A)(iii).

**A TRUE BILL.**


FOREPERSON


Marc Krickbaum
United States Attorney


By: _____
Kristin M. Herrera
Assistant United States Attorney

3