IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:20-cr-203 |
| | * | |
| v. | * | **VERDICT FORM** |
| | * | |
| DARREON EARL WRIGHT, | * | Conspiracy to Interfere with |
| | * | Commerce Through Robbery |
| Defendant. | * | (Count One) |

## COUNT ONE
*Conspiracy to Interfere with Commerce Through Robbery*

We, the jury, find the Defendant, DARREON EARL WRIGHT ___Guilty___
                                                    not guilty/guilty

of Conspiring to Interfere with Commerce Through Robbery, as charged in Count One of the Indictment.

_____      __09/14/2021_____
FOREPERSON                   DATE


_JUROR_____                  _JUROR_____

_JUROR_____                  _JUROR_____

_JUROR_____                  _JUROR_____

_JUROR_____                  _JUROR_____

_JUROR_____                  _JUROR_____

_JUROR_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:20-cr-203 |
| | * | |
| v. | * | **VERDICT FORM** |
| | * | |
| DARREON EARL WRIGHT, | * | Interfering or Attempting to Interfere |
| | * | with Commerce Through Robbery |
| Defendant. | * | (Count Two) |

## COUNT TWO

*Interfering or Attempting to Interfere with Commerce Through Robbery*

We, the jury, find the Defendant, DARREON EARL WRIGHT __Guilty__
not guilty/guilty

of Interfering or Attempting to Interfere with Commerce Through Robbery, as charged in Count Two of the Indictment.

_____      09/14/2021
FOREPERSON                   DATE

_____      _____
JUROR                        JUROR

_____      _____
JUROR                        JUROR

_____      _____
JUROR                        JUROR

_____      _____
JUROR                        JUROR

_____      _____
JUROR                        JUROR

_____
JUROR

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Case No. 4:20-cr-203 |
| v. | * | **VERDICT FORM** |
| DARREON EARL WRIGHT, | * | Possessing, Brandishing or Discharging a Firearm in Furtherance of a Crime of Violence |
| Defendant. | * | (Count Three) |

## COUNT THREE

*Possessing, Brandishing, or Discharging a Firearm in Furtherance of a Crime of Violence*

We, the jury, find the Defendant, DARREON EARL WRIGHT ___Guilty___
not guilty/guilty

of Possessing a Firearm in Furtherance of a Crime of Violence, as charged in Count Three of the Indictment.

_____     ___09/14/2021___
FOREPERSON                               DATE


_____     _____
JUROR                                          JUROR

_____     _____
JUROR                                          JUROR

_____     _____
JUROR                                          JUROR

_____     _____
JUROR                                          JUROR

_____     _____
JUROR                                          JUROR

_____
JUROR

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:20-cr-203 |
| | * | |
| v. | * | **VERDICT FORM – COUNT THREE** |
| | * | Special Interrogatory Question One |
| DARREON EARL WRIGHT, | * | |
| | * | |
| Defendant. | * | |

<span style="color:red">Do <u>not</u> answer Special Interrogatory if you found the Defendant not guilty of Count Three</span>

If you found the Defendant, DARREON EARL WRIGHT, guilty on Count Three, do you find unanimously and beyond a reasonable doubt that the Defendant brandished the firearm in furtherance of the crime of violence alleged in Count Two?

\_\_\_✓\_\_\_ Yes

_____ No

_____        \_\_\_09/14/2021_____
FOREPERSON                                                        DATE

_____        _____
JUROR                                                                    JUROR

_____        _____
JUROR                                                                    JUROR

_____        _____
JUROR                                                                    JUROR

_____        _____
JUROR                                                                    JUROR

_____        _____
JUROR                                                                    JUROR

_____
JUROR

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Case No. 4:20-cr-203 |
| v. | * | **VERDICT FORM – COUNT THREE** |
| | * | Special Interrogatory Question Two |
| DARREON EARL WRIGHT, | * | |
| Defendant. | * | |

Do **not** answer Special Interrogatory if you found the Defendant not guilty of Count Three

If you found the Defendant, DARREON EARL WRIGHT, guilty on Count Three, do you find unanimously and beyond a reasonable doubt that the Defendant discharged the firearm in furtherance of the crime of violence alleged in Count Two?

__✓__ Yes

_____ No

_____           09/14/2021
FOREPERSON                       DATE

JUROR                            JUROR

JUROR                            JUROR

JUROR                            JUROR

JUROR                            JUROR

JUROR                            JUROR

JUROR