IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-CR-203 |
| v. | ) | GOVERNMENT'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL |
| DARREON EARL WRIGHT, | ) | |
| Defendant. | ) | |

COMES NOW, the United States of America, in the Southern District of Iowa, by and through Assistant United States Attorney Kristin M. Herrera, and hereby moves the court for permission to file the government's sentencing memorandum under seal, as it contains information that should not be made public.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By: */s/ Kristin M. Herrera*
Kristin M. Herrera
Assistant United States Attorney
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: 515.473.9300
Fax: 515.473.9292
Email: Kristin.Herrera@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery
 X   ECF/Electronic filing    \_\_\_\_Other means

UNITED STATES ATTORNEY

By: */s/ Madison Lancaster*
      Paralegal Specialist