# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

## NOTICE OF APPEAL

Date:  January 24, 2022                                                           Case No: 4:20-cr-00203-SMR-HCA

Case Caption: **United States of America v. Darreon Earl Wright**

Notice is hereby given that  appeals to the:

☒  US Court of Appeals for the Eighth Circuit        ☐  IASD District Court Judge

from the Judgment/Order entered in this action on January 21, 2022.

**Transcript Order Form:**

Please prepare a transcript of:

☐ Plea Hearing        ☒ Sentencing        ☒ Trial

☒  Other Hearing(s) on Final Pretrial Conferences on 9/13/2021 and 9/8/2021

I am not ordering a transcript because:  _____

*Reminder: CJA counsel will need to complete the AUTH 24 form in CJA eVoucher.

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the U.S. District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of the cost(s) of transcript(s) ordered have been made with the court reporter (Fed Rule App Proc 10(b)).

Attorney/Party Signature: *[signature]*                         Date:  January 24, 2022

Address: 317 Sixth Avenue, Suite 1300, Des Moines, Iowa 50309   Phone Number:  (515) 284-7931