# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: **United States of America vs. Darreon Earl Wright**

District Court Case Number: 4:20-cr-00203-SMR-HCA

Appeal Fee (505.00) Status:  Pd _____  IFP _XX__ Pending _____ Government Appeal _____

Counsel: Appointed <u>XX</u> CJA <u>XX</u> Retained _____ Pro Se _____ Pro Bono _____ FPD _____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.*

Appeal filed by: Counsel <u>XX</u>  Pro Se _____

Any reason why counsel should not be appointed:_____

Certificate of Appealability: Denied _____     Granted _____    Not Issue <u>XX</u>

Pending post Judgment motions: Yes _____    No <u>XX</u>

If so, type of motion(s) and docket entry number:

_____

High Public Interest Case: Yes _____ No <u>XX</u>

Simultaneous Opinion release Requested: Yes _____ No <u>XX</u>

Trial Held: Bench _____        Jury <u>XX</u>        No _____

Court Reporter: Yes <u>XX</u>     No _____

Reporter's Name: Kelli Mulcahy

Appealing: Order prior to final judgment ____ or final judgment <u>XX</u>

***File this form with the Notice of Appeal***